# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Crystal Rexford**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff, | **)** | 5:24-cv-00214-MR |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| Commissioner of Social Security**,** | **)** | |
| Defendant. | **)** | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 28, 2025 Order.

January 28, 2025

Katherine Hord Simon, Clerk
United States District Court